# Court of Appeals
# of the State of Georgia

ATLANTA, August 07, 2012

*The Court of Appeals hereby passes the following order*

**A12D0466. DON COLEMAN v. US BANK, N.A. RASC 2006-EMX7, ISAOA.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2011CV0767



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, August 07, 2012.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*